IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DOUGLAS ANTHONY SCOTT
ADC #107597                                                                                   PLAINTIFF

v.                                       No. 3:15-cv-126-DPM

MELINDA J. WARREN, Attorney,
Office of Child Support Enforcement                                               DEFENDANT

## JUDGMENT

Scott's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

  20 May 2015